### JIM VANCE AND R. E. PATTON v. THE STATE.

#### No. 4642.　Decided October 24, 1917.

**Burglary—Statement of Facts—Practice on Appeal—Motion for New Trial.**
　　In the absence of a statement of facts and bills of exception, matters pre-sented in the motion for new trial can not be revised on appeal.

Appeal from the District Court of Potter. Tried below before the Hon. Hugh L. Umphres.

Appeal from a conviction of burglary; penalty, two years imprison-ment in the penitentiary.

The opinion states the case.

No brief on file for appellants.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—Appellants were convicted of bur-glary and their punishments assessed at two years confinement in the penitentiary each.

The court gave a charge, and an additional charge. There were no exceptions reserved to the charges, or any other matter arising on the trial, and the evidence is not before us. So far as we are able to dis-cover from the record, there is nothing requiring a reversal. In fact, the matters presented in the motion for new trial can not be intelli-gently revised without the evidence.

The judgment will, therefore, be affirmed.

　　　　　　　　　　　　　　　　　　　　　　　　　*Affirmed.*